UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

\_\_\_\_\_Francisco Rodriguez Cruz\_\_\_\_\_
(Write the full name of the plaintiff)

vs. **Michael**
_____

_____

_____

(Write the full name of the defendant/s in this case)

```
FILED BY_____D.C.
NOV 04 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I. **Party Information**

A. Plaintiff: \_\_\_Francisco Rodriguez Cruz\_\_\_
Address: 10 st and 1 ave brickel fl 33130 general delivery at 5927 SW 70th St South Miami FL 33143

Year of Birth: \_\_\_1985\_\_\_ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

vs.

B. Defendant: **Michael**_____ Defendant:_____
Official Position: **employee** Official Position:_____
real food cafe
Place of Employment: 8301 ne 5th ave miami fl 33138 Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

on august 11 2022 i witnessed a girl א under 16 years of age working at real food cafe between 12 pm and 2 pm

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1068 dollars

## IV. Jury Demand

Are you demanding a jury trial?        ___ Yes    '___ No

Signed this __21__ day of ~~august~~ november, 20__22__

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __21 november~~august~~ 2022__

_____
Signature of Plaintiff